IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 10-cv-00137-WDM-MJW

LISA KLINK

       Plaintiff,

  v.

VISTA VERDE GUEST RANCH, INC.
CLIFF O. GODBOLD,

       Defendants.

and

Civil Case No. 10-cv-00299-WDM-MJW

RIGMOR KLINK

       Plaintiff,

  v.

VISTA VERDE GUEST RANCH, INC. AND
CLIFF O. GODBOLD, individually,

       Defendants.

_____

**ORDER CONSOLIDATING CASES**
_____

      This matter is before me on the responses to my March 9, 2010 order to show cause. The deadline for responses having passed, and no party objecting, it is ordered that 10-cv-00137-WDM-MJW and 10-cv-00299-WDM-MJW are consolidated for all

PDF FINAL

further proceedings and will hereon be referred to as Case No. 10-cv-00137-WDM-MJW.

DATED at Denver, Colorado, on April 6, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge