IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-00137-WDM-MJW (consolidated with 10-cv-00299-WDM-MJW)

LISA KLINK and
RIGMOR KLINK,

    Plaintiffs,

v.

VISTA VERDE GUEST RANCH, INC.,
CLIFF O. GODBOLD,

    Defendants.

_____

**ORDER OF DISMISSAL OF CLIFF O. GODBOLD ONLY**
_____

    This matter is before me on Plaintiffs' Motion to Dismiss in pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 33) and Defendants' response (ECF No. 34). Accordingly, it is ordered that all claims against defendant Cliff O. Godbold are dismissed without prejudice.

    DATED at Denver, Colorado on August 12, 2010

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge

PDF FINAL